IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EARNEST DWAYNE METCALF,       ) | |
|        Plaintiff,       ) | |
| ) | |
| vs.       ) | No.    14-428-SCW |
| ) | |
| ) | |
| SOUTHERN ILLINIOS UNIVERSITY  ) | |
| CARBONDALE and BRENT PATTON,  ) | |
| ) | |
|        Defendant(s),       ) | |
| ) | |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that pursuant an Order entered by United States Magistrate Judge Stephen C. Williams on October 30, 2015 (Doc. 87) the above-captioned action is **DISMISSED** with prejudice.

**Dated: February 1, 2016**

       **Justine Flanagan, Acting Clerk of Court**

       **By: s//Angela Vehlewald**
                Deputy Clerk

**Approved: s//Stephen C. Williams**
     STEPHEN C. WILLIAMS
     UNITED STATES MAGISTRATE JUDGE